**DENY; and Opinion Filed December 29, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01478-CV

## IN RE ACE PARKING MANAGEMENT, INC., Relator

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-05179**

## MEMORANDUM OPINION
Before Justices Lang-Miers, Evans, and Schenck
Opinion by Justice Evans

Before the Court is relator's December 21, 2016 amended petition for writ of mandamus.

The facts and issues are well known to the parties, so we need not recount them here.

To be entitled to mandamus relief, a relator must show both that the trial court has clearly

abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*,

148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we

conclude relator has not shown it is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a);

*Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we

deny relator's amended petition for writ of mandamus. We also deny as moot relator's

December 27, 2016 motion to stay trial setting.

/David Evans/
DAVID EVANS
JUSTICE

161478F.P05